# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACR 07-00249-CJC | Date August 29, 2011 |

Present: The Honorable **CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

Interpreter None

| Michelle Urie | Maria Dellaneve | Jennifer Waier |
|---|---|---|
| *Deputy Clerk* | Court Reporter/Recorder, Tape No. | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Kirk A. McMahan | X | | X | Jessica C. Munk | X | | X |

**Proceedings:** SENTENCING HEARING

Sentencing hearing held. Court confers with counsel and U.S. Probation Officer Joe Abrams. Court hears oral argument and schedules an evidentiary hearing regarding post plea conduct for October 31, 2011 at 9:00 a.m.

|  |  |  |
|---|---|---|
|  | 1 | : 41 |
| Initials of Deputy Clerk | mu | |

cc: